

# Fourth Court of Appeals
## San Antonio, Texas

July 31, 2017

No. 04-16-00663-CV

**THE UNIVERSITY OF TEXAS SYSTEM**,
Appellant

v.

Margot **MENJIVAR**,
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-15666
Honorable Gloria Saldana, Judge Presiding

# O R D E R

Appellant's unopposed first motion for extension of time to file its reply brief is granted. We order the reply brief due August 11, 2017.

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of July, 2017.

Luz Estrada
Chief Deputy Clerk